# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DUSTIN W. LONG**
**ADC #661368**                                                                         **PLAINTIFF**

v.                              No. 3:22-cv-125-DPM

**NORTH EAST ARKANSAS**
**COMMUNITY CORRECTION**
**CENTER, Medical; POINSETT**
**COUNTY JAIL, Medical; SUSAN**
**DUFFEL, Nurse, Poinsett County**
**Detention Center; KEVIN MOLDER,**
**Sherriff, Poinsett County; TRISHA**
**MARSHALL, Jail Administrator, Poinsett**
**County Jail; FLOSSIE LANE, Treatment**
**Coordinator, NEACCC; AMANDA**
**EMLER, Nurse, NEACCC; and**
**WELLPATH MEDICAL, Records**                                              **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 15*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). While Long's condition appears to be serious, he has not pleaded enough facts about what particular defendants did or did not do to go forward in this lawsuit. Long's amended complaint, *Doc. 14*, will be therefore dismissed without prejudice for failure to state a claim upon which relief may be granted. Because Long failed to state a claim, the Court recommends that this

-2-

dismissal count as a "strike" for the purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 February 2023