IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DUSTIN W. LONG
ADC #661368                                                                       PLAINTIFF

v.                            No. 3:22-cv-125-DPM

NORTH EAST ARKANSAS
COMMUNITY CORRECTION
CENTER, Medical; POINSETT
COUNTY JAIL, Medical; SUSAN
DUFFEL, Nurse, Poinsett County
Detention Center; KEVIN MOLDER,
Sherriff, Poinsett County; TRISHA
MARSHALL, Jail Administrator, Poinsett
County Jail; FLOSSIE LANE, Treatment
Coordinator, NEACCC; AMANDA
EMLER, Nurse, NEACCC; and
WELLPATH MEDICAL, Records                                                         DEFENDANTS

## JUDGMENT

Long's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 February 2023